■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTA M. PERRIN, Appellant. [749 NYS2d 761] —Appeal from a judgment of Yates County Court (Falvey, J.), entered July 30, 2001, convicting defendant upon her plea of guilty of, inter alia, burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737). Present—Pine, J.P., Hayes, Scudder, Kehoe and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERROL SCARLETT, Appellant. [749 NYS2d 761] —Appeal from a judgment of Erie County Court (Drury, J.), entered March 17, 1999, convicting defendant upon his plea of guilty of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737). Present—Pine, J.P., Hayes, Scudder, Kehoe and Lawton, JJ.